IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA CHANDLER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 11-1038 |
| SUZUKI OF PLYMOUTH MEETING, NICK MORALES, SANTANDER CONSUMER USA, INC. and RECOVERY MANAGEMENT SYSTEMS, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 7th day of July 2011, upon consideration of Plaintiff's Motion for Remand (Document No. 18, filed April 21, 2011), Memorandum of Law of Defendant Santander Consumer USA, Inc. in Opposition to Plaintiff's Motion for Remand (Document No. 20, filed May 4, 2011), Defendant Santander Consumer USA, Inc.'s Motion to Consolidate Civil Action Nos. 11-CV-01038 and 11-CV-00403 (Document No. 11, filed March 30, 2011), Plaintiff's Opposition to Defendant Santander Consumer USA, Inc.'s Motion to Consolidate (Document No. 19, filed April 22, 2011) and Defendant Santander Consumer USA, Inc.'s Motion to Dismiss (Document No. 16, filed April 14, 2011), for the reasons set forth in the Memorandum dated July 7, 2011, **IT IS ORDERED** as follows:

1. Plaintiff's Motion for Remand (Document No. 18, filed April 21, 2011) is **GRANTED**;

2. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County[1]; and

3. The Clerk of Court shall **MARK** the case **CLOSED** for statistical purposes.

**BY THE COURT:**

 /s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**

---

[1] In view of this disposition, the Court does not decide Defendant Santander Consumer USA, Inc.'s Motion to Consolidate Civil Action Nos. 11-CV-01038 and 11-CV-00403 (Document No. 11, filed March 30, 2011) or Defendant Santander Consumer USA, Inc.'s Motion to Dismiss (Document No. 16, filed April 14, 2011).